UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL WAHLIG, | : | CIVIL NO: 1:20-CV-02310 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, *Acting* | : | |
| *Commissioner of Social Security*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER
September 26, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** that the Commissioner's decision is

**AFFIRMED.** The Clerk of Court shall enter judgment in favor of the

Commissioner and against the plaintiff and then close this case.



*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge